IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TRAVIS ROBERTS, #49518-177,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:16-CV-3407-L** |
| § | Criminal No. 3:15-CR-224-L |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Respondent. § | |

## ORDER

Before the court is Movant's Motion to Proceed In Forma Pauperis on appeal (Doc. 75), filed November 14, 2018. On November 27, 2018, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Petitioner's motion. The court also notes that the Government does not oppose the relief requested by Petitioner.

Accordingly, after considering the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **grants** Movant's Motion to Proceed In Forma Pauperis on appeal (Doc. 75).

**It is so ordered** this 28th day of November, 2018.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**